# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Kimberly Luann Kinnison**  
Debtor(s)

Case No. **2:25-bk-13416**  
Chapter **7**

## DEBTOR'S REBUTTAL OF PRESUMPTION OF ABUSE

I, the undersigned debtor herein, declare that the following special circumstances are applicable to my financial situation, and justify an adjustment to my income and expenses, and justify the reasons for filing a Chapter 7.

**Adjustments to Current Monthly Income:**

| | |
|---|---:|
| **Although my average monthly income from wages was $8,522.06 during the six full months before I filed this bankruptcy case, my employment was terminated in June 2025. I have not received any wage income since that time, and I do not expect to receive any for the foreseeable future.** | **-$8,522.06** |
| **Although my average monthly income from unemployment compensation was $225.17 during the six full months before I filed this bankruptcy, I expect to receive an average of $2,772 per month in the future.** | **$2,546.83** |
| Total Special Circumstances Adjustment to Current Monthly Income: | **-$5,975.23** |

**Adjustments to Monthly Allowed Expenses:**

| | |
|---|---:|
| **None** | **$0.00** |
| Total Special Circumstances Adjustment to Monthly Allowed Expenses: | **$0.00** |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date **October 17, 2025**

Signature **/s/ Kimberly Luann Kinnison**  
**Kimberly Luann Kinnison**  
Debtor