United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-13416-pmm
Kimberly Luann Kinnison                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Dec 10, 2025      Form ID: 318      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Luann Kinnison, 15255 County Road 27, Ovid, CO 80744-9601 |
| 15044080 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 11 2025 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Dec 11 2025 05:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15044086 | | Email/Text: ecf@becu.org | Dec 11 2025 00:36:00 | BECU, Attn: Bankruptcy Department, PO Box 97050, Seattle, WA 98124-9750 |
| 15044087 | | Email/Text: ecf@becu.org | Dec 11 2025 00:36:00 | Boeing Employees C U, PO Box 97050, Seattle, WA 98124-9750 |
| 15044088 | | Email/Text: ecf@becu.org | Dec 11 2025 00:36:00 | Boeing Employees Credit Union, PO Box 97050, Seattle, WA 98124-9750 |
| 15044084 | | Email/Text: megan.harper@phila.gov | Dec 11 2025 00:36:00 | City of Philadelphia Law Department, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15044089 | | EDI: CAPITALONE.COM | Dec 11 2025 05:32:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15044085 | + | Email/Text: bankruptcy@philapark.org | Dec 11 2025 00:36:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15044077 | + | EDI: IRS.COM | Dec 11 2025 05:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15044090 | | EDI: JPMORGANCHASE | Dec 11 2025 05:32:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 15044091 | | Email/Text: EBN@Mohela.com | Dec 11 2025 00:36:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15044092 | | Email/Text: EBN@Mohela.com | Dec 11 2025 00:36:00 | Mohela/dofed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15058167 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 11 2025 00:36:00 | PECO, 2301 Market St, 04 NW, Philadelphia, PA 19103-1380 |
| 15044093 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 11 2025 00:36:00 | PECO, Attn: Bankruptcy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 15044094 | | Email/Text: blegal@phfa.org | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: 318 | Total Noticed: 25 |

|  |  |  | Dec 11 2025 00:36:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105-8029 |
|---|---|---|---|---|
| 15044078 | + | EDI: PENNDEPTREV | Dec 11 2025 05:32:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15044081 | ^ | MEBN | Dec 11 2025 00:31:13 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15044095 | ^ | MEBN | Dec 11 2025 00:30:59 | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 15044083 | + | Email/Text: bankruptcy@philapark.org | Dec 11 2025 00:36:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15044096 | + | Email/Text: servicing@svcfin.com | Dec 11 2025 00:36:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Hwy, Boca Raton, FL 33432-6033 |
| 15044082 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 11 2025 00:36:00 | U.S. Attorney's Office, Attn: Civil Process Clerk, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15044079 | ^ | MEBN | Dec 11 2025 00:30:51 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15044097 |   | EDI: WFHOME | Dec 11 2025 05:32:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Kimberly Luann Kinnison brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 10, 2025 | Form ID: 318 | Total Noticed: 25

United States Trustee
           USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kimberly Luann Kinnison <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8227 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 25–13416–pmm | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kimberly Luann Kinnison

12/9/25

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**